# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mary Conway,<br>　　　Plaintiff<br><br>v.<br><br>RGS Financial, Inc.,<br>　　　Defendant | Docket 3:19-cv-01163-JPW-KM<br><br>(MAGISTRATE JUDGE<br>KAROLINE MEHALCHICK)<br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Please dismiss this action without costs and without prejudice.

| | |
|---|---|
| s/ Brett M. Freeman | s/ Justin M. Tuskan (with consent) |
| Attorney for Plaintiff | Attorney for Defendant |
| Brett M. Freeman: PA 308834 | Justin M. Tuskan: PA 311235 |
| Sabatini Freeman, LLC | Metz Lewis Brodman Must |
| 216 N. Blakely Street | O'Keefe, LLC |
| Dunmore, PA 18512 | 535 Smithfield Street, Suite 800 |
| Phone (570) 341-9000 | Pittsburgh, PA 15222 |
| Facsimile (570) 504-2769 | Phone (412) 918-1100 |
| Email: bfecf@sabatinilawfirm.com | Facsimile (412) 918-1199 |
| | Email: jtuskan@metzlewis.com |